UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

JORDAN WHITEHEAD; and JANIE
STAPLETON,

    Plaintiffs,

v.                Case No. 5:16-cv-250-Oc-37PRL

ADVANCE STORES COMPANY INC.,

    Defendant.

## ORDER

On September 28, 2016, the parties notified the Court that they had agreed to settle this action on a nationwide class basis, pending preliminary and final approval by the Court. (Doc. 37.) On January 9, 2017, the Court preliminarily approved the proposed settlement agreement and certified the settlement class. (Doc. 41 ("**Preliminary Approval Order**").) In part, the Preliminary Approval Order required that Plaintiffs' counsel file under seal a composite exhibit containing weekly reports and a final report from the Settlement Administrator, summarizing opt-out notifications received from potential class members (collectively, "**Reports**"). (*Id.* at 8.)

Pursuant to the Preliminary Approval Order and Local Rule 1.09(b), on May 5, 2017, the parties jointly moved for leave to file an exhibit containing the Reports ("**Proposed Exhibit**"). (Doc. 54 ("**Motion**").) Upon consideration, however, the Court is skeptical that sealing the Proposed Exhibit is necessary. As such, the Court will conditionally grant the Motion and render a final determination on whether a continued

seal is warranted following review of the Proposed Exhibit.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The parties Joint Motion to Seal Pursuant to Order (Doc. 54) is **CONDITIONALLY GRANTED**.

2. On or before Wednesday, **May 10, 2017**, the parties may file the Proposed Exhibit with the Clerk.

3. Upon submission, the Clerk is **DIRECTED** to file and maintain the Proposed Exhibit under seal pending further Order.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on May 8, 2017.

ROY B. DALTON JR.
United States District Judge

Copies:

Counsel of Record