**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

JORDAN WHITEHEAD and
JANIE STAPLETON,

Plaintiffs,

v. CASE NO.: 5:16-cv-00250-RBD-PRL

ADVANCE STORES COMPANY INC.,
d/b/a ADVANCE AUTO PARTS, INC.,

Defendant.
_______________________________________/

**NOTICE OF FILING REDACTED DOCUMENTS**
**PREVIOUSLY FILED UNDER SEAL**

Plaintiffs, pursuant to the Court's direction during the May 15, 2017 hearing in this matter, hereby file the documents (in redacted form) which were previously filed under seal on May 9, 2017. The undersigned has conferred with counsel for Defendant, who has no objection to such filing in redacted form.

Respectfully submitted,

s/ Jay P. Lechner__________
Jay P. Lechner, Esq.
Florida Bar No.: 0504351
Jason M. Melton, Esq.
Florida Bar No.: 605034
**WHITTEL & MELTON, LLC**
One Progress Plaza
200 Central Avenue, #400
St. Petersburg, Florida 33701
Telephone: (727) 822-1111
Facsimile: (727) 898-2001
Pleadings@theFLlawfirm.com
lechnerj@theFLlawfirm.com

kmoran@theFLlawfirm.com
Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on May 16, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of filing via electronic mail to all counsel of record.

/s/ Jay P. Lechner__________
Jay P. Lechner, Esq.